FORM ndocprep

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## NOTICE TO BANKRUPTCY PETITION PREPARER

CASE NAME: ERIC DEAN STEPHENSON and THERESA MARIE STEPHENSON

CASE NUMBER/ADVERSARY NUMBER: 4:10–bk–10431–EWH

---

The above named debtor(s) have filed a bankruptcy case in which you have been listed as having prepared their bankruptcy documents. The above bankruptcy case number has been assigned.

As required by Local Bankruptcy Rule 5005–2, you, the document preparer, using the limited use ECF Document Preparer Filing password issued to you, are now required to electronically file the mailing list, schedules, statment of affairs, statement of intention, statement of current monthly income, and the Section 110(b)(2) petition preparer notice to debtor, you prepared for the debtor(s) and upload the creditor list in accordance with the instructions issued by the bankruptcy clerk's office. Please make those electronic filings as soon as you are able to, but in any event no later than five days from the date of the filing of the petition. You may access this case, using your live system limited use ECF filing password, to make these electronic filings at:

> https://ecf.azb.uscourts.gov/cgi–bin/login.pl

When e–filing the mailing list, schedules and statements, please do not file the Petition or the Social Security Number Statement. You also need to e–file your Disclosure of Compensation as a separate filing, do not include it with the schedules and statements. Please refer to the Document Preparer Electronic Filing Instructions provided you during your training which are also posted at www.azb.uscourts.gov. Click on the Electronic Case Filing (ECF) link and then on the Reference Manuals link.

**If for any reason, you are not able to make these electronic filings, immediately contact the bankruptcy clerk's office at 602–682–4900.**

**Date: April 12, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**